AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of New Jersey__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-13960 | DATE FILED<br>7/31/2025 | U.S. DISTRICT COURT<br>District of New Jersey | |
|---|---|---|---|
| PLAINTIFF<br>Merch Traffic, LLC | | DEFENDANT<br>John Does 1-100, Jane Does 1-100 and XYZ Company | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 3550126 | 12/23/2008 | Three Chord Strand Properties LLC |
| 2 | 3550172 | 12/23/2008 | Three Chord Strand Properties LLC |
| 3 | 4105832 | 2/28/2012 | Three Chord Strand Properties LLC |
| 4 | 3649604 | 7/7/2009 | Three Chord Strand Properties LLC |
| 5 | 4105833 | 2/28/2012 | Three Chord Strand Properties LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | 3665680 | 8/11/2009 | Three Chord Strand Properties LLC | |
| 2 | 3649605 | 7/7/2009 | Three Chord Strand Properties LLC | |
| 3 | 3808504 | 4/14/2009 | Three Chord Strand Properties LLC | |
| 4 | 4109080 | 3/6/2012 | Three Chord Strand Properties LLC | |
| 5 | 3640972 | 6/16/2009 | Three Chord Strand Properties LLC | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**